

**FILED**

MAR 1 5 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          Case No.:   **19MJ8437**

11                        Plaintiff,

12                                      **FINDINGS OF FACT AND**
                                        **ORDER OF DETENTION**
13        v.

14   Erika Vanesa MARTINEZ-Zamudio,

15                        Defendant.

16

17        In accordance with Title 18 U.S.C. § 3142(f) of the Bail Reform Act of 1984 (18

18   U.S.C. § 3141, et seq.), a detention hearing was held on February 11, 2019, to determine

19   whether the defendant, Erika Vanesa MARTINEZ-Zamudio, should be held in custody

20   pending trial on the grounds that he is a flight risk. Assistant U.S. Attorney Rosario Gonzalez

21   appeared on behalf of the United States. James Johnson of Federal Defenders of San Diego,

22   Inc. appeared on behalf of Defendant.

23        Based on the evidence proffered by the United States and the Defendant, the

24   Pretrial Services' officer, and the criminal complaint issued against the Defendant on

25   February 11, 2019, by this Court, the Court concludes that the following facts establish by a

26   preponderance of the evidence that no condition or combination of conditions required will

27   reasonably assure the appearance of the Defendant.

28

1

**I**

**FINDINGS OF FACT**

A. <u>Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(g)(1))</u>:

1. The Defendant is charged in Criminal Complaint No. 19MJ8437 with the importation of 10.50 kilograms (23.14 pounds) of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, U.S.C., §§ 952 and 960. Therefore, probable cause exists to believe the Defendant committed the charged offense.

2. The charged offense is an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C.§ 801, et seq.). Thus, there arises a presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required. <u>See</u>, 18 U.S.C. § 3142(e).

3. The offense carries with it a minimum mandatory sentence of 10 years and a maximum sentence of life. <u>See</u>, 21 U.S.C. § 960(b)(1)(H). According to the United States Sentencing Guidelines, the Base Offense level is 34. <u>See</u>, USSG § 2D1.1(c)(3). Assuming the Defendant's criminal history score places her in Criminal History Category I, <u>see</u>, USSG § 4A1.1, the sentencing range for the Defendant is 151-188 months in prison.

B. <u>Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2))</u>:

1. On February 9, 2019, Erika Vanesa MARTINEZ-Zamudio (MARTINEZ), a citizen and national of Mexico, entered the United States at the Calexico, California, West Port of Entry as the driver and sole occupant of a 2015 Toyota Corolla bearing California license plates. MARTINEZ handed the Customs and Border Protection Officer (CBPO) her non-immigrant V2 visa document and stated she was traveling to her home in Niland, California. The CBPO referred MARTINEZ to the secondary area for further inspection.

2. In the secondary inspection area, an x-ray scan of the Toyota revealed anomalies in the spare tire. A canine enforcement officer's Human/Narcotics Detector Dog alerted to the driver's side front wheel well. A further inspection of the spare tire revealed several packages inside. The packages were wrapped in black tape and clear cellophane and contained a crystal-like substance which field-tested positive for methamphetamine. Forty

1 packages weighing a combined weight of 10.50 kilograms (23.14 pounds) of
2 methamphetamine were removed from the spare tire.

3   3. Post-arrest, MARTINEZ admitted she was traveling to Santa Ana, California to
4 pick up an unknown amount of money to bring back to Mexico. MARTINEZ stated she was
5 going to be paid $1000 dollars to do so.

6   C. History and Characteristics of the Defendant (18 U.S.C. § 3142(g)(3)):

7     1. Defendant is a citizen and national of Mexico.

8     2. Defendant lacks significant contacts in the community.

9     3. Defendant has a non-immigrant V2 visa which has now been revoked.

10   D. Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4)):

11   The government proffered no evidence to suggest that release of the Defendant would
12 pose a danger to any person or the community. Defendant does not have any criminal
13 history.

**II**

**REASONS FOR DETENTION**

16   A. There is probable cause to believe that the Defendant committed the offense
17 charged in Criminal Complaint No. 19MJ8437, to wit: the importation of 10.50 kilograms
18 (23.14 pounds) of a mixture or substance containing a detectable amount of
19 methamphetamine in violation of Title 21, U.S.C., §§ 952 and 960.

20   B. Defendant faces a substantial period of time in custody if convicted of the offense
21 charged in the Complaint. Therefore, she has a strong motive to flee.

22   C. Defendant has not rebutted the presumption, based upon the Court's findings, that
23 no condition or combination of conditions will reasonably assure the appearance of the
24 Defendant at future court proceedings. See, 18 U.S.C. § 3142 (e).

**III**

**ORDER**

27   IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.
28   IT IS FURTHER ORDERED that the Defendant be committed to the custody of the

Attorney General, or his designated representative, for confinement in a correctional facility
separate, to the extent practicable, from persons awaiting or serving sentences or being held
in custody pending appeal. The Defendant shall be afforded reasonable opportunity for
private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an
attorney for the United States, the person in charge of the correctional facility shall deliver
the Defendant to the United States Marshal for the purpose of an appearance in connection
with a court proceeding or any other appearance stipulated to by defense and government
counsel.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: _3/18/19_ .

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

Prepared by:

ROBERT S. BREWER, JR.
United States Attorney

_____
ROSARIO GONZALEZ
Assistant U.S. Attorney

cc:     Emerson Wheat
        Counsel for Defendant

4